IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:23-CV-345-D-BM

| | |
|---|---|
| ENA MCPHERSON,<br><br>    Plaintiff,<br><br>v.<br><br>EMPLOYMENT SOURCE INC. d/b/a<br>SERVICESOURCE, INC.,<br><br>    Defendant. | **ORDER ON MOTION TO SEAL** |

Before the Court is Defendant's Motion to Seal. For the reasons articulated in the Court's consent protective order in this case, Defendant's motion and accompanying memorandum, and for other good cause shown, the Court GRANTS Defendant's Motion.

IT IS THEREFORE ORDERED that Defendants' unredacted Memorandum in Support of their Motion for Summary Judgment, Defendants unredacted Statement of Material Facts, and Defendant's Confidential Appendix of Exhibits are hereby SEALED until further order of this Court.

IT IS FURTHER ORDERED that within ten days, Defendant shall submit redacted versions of its Memorandum in Support of its Motion for Summary Judgment and Defendant's Statement of Material Facts.

SO ORDERED. This the 20 day of June, 2025.

                                            JAMES C. DEVER III
                                            United States District Judge